UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

VALENCIA FAYE SCOTT SWINT
EMERSON ADGER,

      Plaintiff,

v.

MCTC, NORDIN BECKY, SARAH DAHL,
DRESS FOR SUCCESS, KELLY C,
BLOTTIE DICKENS-BOTH, MIA BELLA-
CHINA, ROSCO TILLMAN,

      Defendants.

Case No. 17-cv-4023 (JNE/KMM)

**REPORT AND RECOMMENDATION**

---

Plaintiff Valencia Faye Scott Swint Emerson Adger's application seeking leave to proceed *in forma pauperis (*"IFP") is currently before the Court.  *See* ECF No. 2.  On October 2, 2017, this Court ordered Plaintiff to file an amended complaint within thirty days.  *See* ECF No. 14.  The Court informed her that if she failed to file an amended complaint within the allowed time, the Court would recommend that the case be dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Plaintiff has not filed an amended complaint. Accordingly, this Court now recommends that this action be dismissed without prejudice for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, I**T IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

| | |
|---|---|
| Dated: November 6, 2017 | *s/Katherine Menendez* <br> KATE M. MENENDEZ <br> United States Magistrate Judge |

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  LR 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in LR 72.2(c).