UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Valencia Faye Scott Swint
Emerson Adger,

      Plaintiff,

v.

MCTC, Nordin Becky,
Sarah Dahl, Dress for
Success, Kelly C, Blottie
Dickens, MIA Bella-China,
and Rosco Tillman,

      Defendants.

Case No. 17-cv-4023 (JNE/KMM)
ORDER

      This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Katherine M. Menendez, United States Magistrate Judge, on November 6, 2017. ECF No. 15. The R&R recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. In response to the R&R, Plaintiff Valencia Faye Scott Swint Emerson Adger filed various exhibits and a notice of an address change. ECF Nos. 17, 18, 19. Plaintiff Adger raises no discernable objections. Based on a de novo review of the record, the Court accepts the recommended disposition. *See* 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

    1. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. Plaintiff Adger's application to proceed in forma pauperis [ECF No. 2] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 15, 2017

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge
